AMERICAN BULB COMPANY, INC., et al., Respondents, v. WILLIAM SPIWAK et al., Defendants and POSWIL REALTY CORPORATION, Appellant.

CHARLES NIEMANN, Respondent, v. WILLIAM SPIWAK et al., Defendants, and POSWIL REALTY CORPORATION, Appellant.

Argued June 3, 1937; decided July 13, 1937.

*Isidore Ginsberg* and *L. Robert Hitzig* for appellant.

*Meyer Kreeger* and *Maurice Rogen* for respondents.

In each action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.